IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

REMBRANDT PATENT INNOVATIONS, LLC, and REMBRANDT SECURE COMPUTING, LP,

    Plaintiffs,

  v.

APPLE INC.,

    Defendant.

No. C 14-05094 WHA (lead)
No. C 14-05093 WHA (consolidated)

**JUDGMENT**

For the reasons stated in the accompanying order granting summary judgment, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of Apple Inc. and against Rembrandt Patent Innovations, LLC, and Rembrandt Secure Computing, LP. The Clerk **SHALL CLOSE THE FILE**.

**IT IS SO ORDERED.**

Dated: June 10, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE